JACOB F. OAKLEY, AS ASSIGNEE, ETC., APPELLANT, v. THE
MAYOR, ETC., OF THE CITY OF NEW YORK, RESPOND-
ENT.

APPEAL from a judgment entered upon an order of the court at
Circuit, dismissing the complaint. The action was brought by
plaintiff to recover for services rendered to the defendant, which
the court was of opinion were included in his duties as clerk to the
board of aldermen, in which position he received a fixed salary.
The case was decided upon the authority of the cases of *Collins* v.
*The Mayor, etc.* (3 Hun, 680), and *Cowan* v. *The Mayor, etc.* (id.,
632). The court also citing Dillon on Municipal Corporations (§§
172, 173, vol. 1, p. 290 [2d ed.]) ; *Heslep* v. *Sacramento* (2 Cal.,
280); *Hatch* v. *Mann* (15 Wend., 44) ; *Palmer* v. *The Mayor* (2
Sandf., 318) ; *People ex rel. Phœnix* v. *The Supervisors of New
York* (1 Hill, 362); *Mallory* v. *Supervisors of Cortland Co.* (2
Cow., 531 ); Laws of 1857 (ch. 446, § 46).

*J. H. Dukes*, for the appellant.

*D. J. Dean*, for the respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment affirmed.